

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

14 MAR 21  AM 9:52

"federal court"
<u>district court of the United States</u>
Court of Record
Common Law Proceeding
at
Louisville

i: a man;

prosecutor, claimant

_____

a man, James M. Peck
a man, Richard F. Smith
a man, Donald Robert

named in their <u>personal capacities</u> as men (only)

wrongdoers,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

at open court

Case Number: 3:14-cv-267-M

Nature of the case: verified claim

Action: waiver of fees

Action: setting private conference hearing

Action: filing of a "verified claim"

i, a man respectfully require the clerk to set a "trial **by** jury", at district court of united States, court-of-record, proceeding in accordance with the common law at Louisville.

This is not a statutory matter or complaint, it would be improper and inappropriate for any "Bar Member" to meddle or interfere in this man's private lawful personal and business affairs.

I.   <u>Opening Statement</u>

i, a man, state and affirm that I have addressed the wrongdoers "<u>First</u>" in numerous letters and e-mails to try to correct the problems, issues and disputes, to date there has been no relief or remedy offered by the wrongdoers.

i, a man, state and affirm that addressing the above named wrongdoers as men, in their <u>personal capacities</u> (**only**) at district court of united States, court-of-record, proceeding in accordance with the common law at Louisville, trial by jury is required and demanded to hear these claims of common law trespass, harm and injury, upon this honorable man, and his good honorable "<u>Family Name</u>" and property.

## II. Private Conference Hearing

i, a man wish and require, the clerk to set and "order" a Private "Conference hearing and room" for an informal, in-house with all wrongdoers named above, before proceeding to trial. This honorable man is required and obliged under Royal law to act in good faith, with clean hands, in honor, and to once again try to resolve any/all issues, disputes and matters with the wrongdoers before the trial becomes necessary.

## III. Waiver of Fees and Cost

i, a man, prosecutor, believes that this "verified claim" is entitled to be heard and tried at the "common law" in a "court of record" trial by jury, without any costs or fees or interference by bar members and/or their agents. Does anyone believe this honorable man Does Not have the right and liberty to access the court or to proceed without fees? Please show good and just cause in writing, you must include the following information, 1.) Bar License number, 2.) Commercial bonding and underwriter information, 3.) Signed and verified "oath of office". Thank you.

1. i, a man, prosecutor, state that if it is the court's wish to employee the "**Name**" "Joseph-Augustine [Dattilo], prosecutor for the purpose of collecting court fees, then please provide counsel with the Court's "Federal Tax Identification Number", so I may file the proper forms with the IRS, so the court and private counsel may receive fair and just compensation and as payment-in-full for all services rendered to and for the court.

2. i, a man, prosecutor, state that i have enclosed IRS forms W-4 and 1040V, Would the clerk kindly fill in the Court's "Federal Tax Identification Number" on the W-4 and the "total amount of any/all fees for all court rendered services on the 1040V and return those forms to me? Or just send me the required information and counsel will file the paperwork on behalf of the "**Name**" as required.
Please find enclosed IRS Form W-9 and 1040V attached.

## IV. Verified Claim

i, a man claim:

1. The above named wrongdoers have trespass, harmed, injured, slandered, libeled, smeared and defamed my good "Family Name". (Personal property), i, have no evidence, facts or proof to the contrary, and believe none exist.

2. The above named wrongdoers have trespass, harmed, injured, slandered, libeled, smeared and defamed this man's commercial credit report, i, have no evidence, facts or proof to the contrary, and believe none exist.

3. The above named wrongdoers did use foreign statutory trickery, conspiring together in a heinous seditious conspiracy, did make and use false statements and claims, did use statutory trickery, perjury, and an abuse of process, under statutory color of law to deceive and attempt to trick this honorable man into believing and trusting that the <u>state owned artificial entity,</u> "<u>JOSEPH AUGUSTINE DATTILO JR. and social security number 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</u>" attached to that state owned entity, **was this man's** "**personal property and personal information**, i, have no evidence, facts or proof to the contrary, and believe none exist.

4. The above named wrongdoers did use foreign statutory trickery, conspiring together in a heinous seditious conspiracy, did make and use false statements and claims, did use statutory trickery, perjury, and an abuse of process, under statutory color of law to deceive and attempt to trick this honorable man into <u>believing and trusting</u> that he **was and is** "**Personally and Legally**" responsible, answerable, **accountable and liable** for the entity known as, "JOSEPH AUGUSTINE DATTILO JR."s" debts, orders, bills, contracts and agreements, i, have no evidence, facts or proof to the contrary, and believe none exist.

## V. Required Relief and Remedy

1. i, a man require compensation from the above named wrongdoers for the initial and continual heinous acts of trespass upon my good "Family Name" (personal property), and for violations of my God given protected rights and liberties.

2. i, a man wish and require that the wrongdoers to correct their reporting records to reflect that they are reporting on a private man and **not** a commercial entity.

3. i, a man wish and require that the wrongdoers to correct their reporting records and remove the "federally owned" social security number 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 as this man's personal property and as his personal information.

4. i, a man and my family wish and require compensation in the amount of eight million (8,000,000) "Federal reserve notes" from each wrongdoer named.

Signed and Sealed by my hand this 21, day of March 2014

i, a man state and affirm that everything stated

within this verified claim is the truth to the best

of my knowledge and belief,

so help me, Almighty God

By: _____

i, man, commonly called by, Joseph

of the Family of [Dattilo], prosecutor

## Certificate of Service

i, Joseph-Augustine, private counsel do state and affirm that a <u>true-copy</u> of the "<u>verified claim</u>", has been filed with the Court and sent to the below named men by **(X)** <u>First-Class Domestic Mail</u> at the below addresses on 23, day of March 2014.

    To: Transunion Inc.
    In the care of, Stephen L. Kirkland, Postmaster
    Attention: James M. Peck, CEO
    1000 Alderman Drive
    Alpharetta, Georgia
    United States of America

    To: Equifax Inc.
    Attention: Richard F. Smith, CEO
    1550 Peachtree Street, Northwest
    Atlanta, Georgia
    United States of America

    To: Experian Inc.
    Attention: Donald Robert, CEO
    475 Anton Boulevard
    Costa Mesa, California

    <u>Counsel's contact information</u>

    Honorable Joseph-Augustine II.
    Private Advocate and Counsel
    In the care of, Stephen L. Kirkland, Postmaster
    Brentwood Avenue, Post 544
    Jefferson, 40215-9998
    United States of America
    E-mail: jdattilo2001@yahoo.com

| Form **W-9** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
**district court of the united states**

Business name/disregarded entity name, if different from above
**UNITED STATES DISTRICT COURT AT LOUISVILLE**

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☑ Other (see instructions) ▶ **For full payment of any/all court costs, copies, depos, subpoenas, services**

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**601 West Broadway**

City, state, and ZIP code
**Louisville, Kentucky United States of America**

Requester's name and address (optional)
**Joseph-Augustine, private counsel
Brentwood Avenue, Post 544
Jefferson, 40215-9998**

List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number
☐☐ - ☐☐☐☐☐☐☐

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here   Signature of U.S. person ▶                     Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                     Form **W-9** (Rev. 12-2011)

# 2012 Form 1040-V  Department of the Treasury Internal Revenue Service

## What Is Form 1040-V

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2012 Form 1040, Form 1040A, or Form 1040EZ.

 *You can also pay your taxes online or by phone either by a direct transfer from your bank account or by credit or debit card. Paying online or by phone is convenient and secure and helps make sure we get your payments on time. For more information, go to www.irs.gov/e-pay.*

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

• Make your check or money order payable to "**United States Treasury.**" Do not send cash.

• Make sure your name and address appear on your check or money order.

• Enter your daytime phone number and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. Also enter "2012 Form 1040," "2012 Form 1040A," or "2012 Form 1040EZ," whichever is appropriate.

• To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX ˣˣ/₁₀₀").

## How To Send In Your 2012 Tax Return, Payment, and Form 1040-V

• Detach Form 1040-V along the dotted line.

• Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

• Mail your 2012 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

Cat. No. 20975C     Form **1040-V** (2012)

▼ Detach Here and Mail With Your Payment and Return ▼

---

| Form **1040-V** Department of the Treasury Internal Revenue Service (99) | **Payment Voucher** ▶ Do not staple or attach this voucher to your payment or return. | | OMB No. 1545-0074 **2012** | |
|---|---|---|---|---|
| 1 Your social security number (SSN) **N/A** | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | Dollars | Cents |
| 4 Your first name and initial **JOSEPH AUGUSTINE** | | Last name **DATTILO** | | |
| If a joint return, spouse's first name and initial **N/A** | | Last name **N/A** | | |
| Home address (number and street) **544 BRENTWOOD AVENUE** | Apt. no. | City, town or post office, state, and ZIP code (If a foreign address, also complete spaces below.) **LOUISVILLE KENTUCKY UNITED STATES OF AMERICA** | | |
| Foreign country name **UNITED STATES DISTRICT COURT** | | Foreign province/state/county **KENTUCKY, JEFFERSON COUNTY** | Foreign postal code **40202** | |

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 20975C